No. 691. NEW LIVERPOOL SALT COMPANY, PETITIONER, *v.* CALIFORNIA DEVELOPMENT COMPANY ET AL. December 13, 1909. Petition for a writ of certiorari to the United States

Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Edward J. McCutchen, Mr. Charles Page* and *Mr. Samuel Knight* for petitioner. No appearance for respondent.